# EXHIBIT E



D<small>IVISION OF</small> C<small>ORPORATIONS</small>

[Department of State](#) / [Division of Corporations](#) / [Search Records](#) / [Detail By Document Number](#) /

## Detail by Entity Name

Florida Profit Corporation
CALLAHAN'S EXPRESS DELIVERY, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P04000112324 |
| **FEI/EIN Number** | 51-0523950 |
| **Date Filed** | 07/30/2004 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 05/15/2006 |

**Principal Address**

22243 INDIANWOOD WAY
EUSTIS, FL 32736

**Mailing Address**

22243 INDIANWOOD WAY
EUSTIS, FL 32736

**Registered Agent Name & Address**

CALLAHAN, PATRICK W
22243 INDIANWOOD WAY
EUSTIS, FL 32736

Name Changed: 03/24/2009

Address Changed: 03/10/2008

**Officer/Director Detail**

**Name & Address**

Title P

CALLAHAN, PATRICK WJR
22243 INDIANWOOD WAY
EUSTIS, FL 32736

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/23/2015 |
| 2016 | 05/01/2016 |

| 2017 | 02/11/2017 |
|---|---|

**Document Images**

| | |
|---|---|
| 02/11/2017 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/15/2006 -- REINSTATEMENT | View image in PDF format |
| 07/30/2004 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations