# EXHIBIT G

**AMERICAN ARBITRATION ASSOCIATION**
**AAA FILE 33 523 00375 13**

**In the matter of the Arbitration between:**

LUIS MALDONADO, on behalf of
himself and those similarly situated,

and

CALLAHAN'S EXPRESS DELIVERY, INC.
a Florida Profit Corporation, and
PATRICK W. CALLAHAN, individually,
_____/

**NOTICE OF SERVICE OF RESPONDENT PATRICK W. CALLAHAN'S RESPONSES TO CLAIMAINT'S SECOND REQUEST FOR ADMISSIONS**

NOTICE IS HEREBY GIVEN that these Responses to the Second Request for Admissions propounded to Respondent Patrick W. Callahan (hereafter "Callahan"), by Claimant Luis Maldonado, have been furnished to all counsel of record on the date shown below.

1. Denied.
2. Denied.
3. Denied.
4. Denied.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Admitted.
14. Denied.
15. Denied.
16. Denied.
17. Denied.
18. Denied.
19. Denied.
20. Without knowledge, and therefore denied.

21. Admitted.

22. Denied.

23. Without knowledge, and therefore denied.

24. Admitted.

25. Denied.

26. Denied.

27. Admitted.

28. Denied.

29. Admitted.

30. Admitted.

31. Denied.

32. Admitted.

33. (unnumbered)  Without knowledge and therefore denied.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, this 17th day of March 2016, I sent a true and correct copy of the foregoing by email delivery to Andrew Frisch, Esq., Morgan & Morgan, P.A., 600 N. Pine Island Rd., Ste. 400, Plantation, FL 33324, email: afrisch@forthepeople.com and to Jonathan Weed, email: Jonathanweed@adr.org

/s Joseph C. Shoemaker
JOSEPH C. SHOEMAKER
Florida Bar No. 0319790
Bogin, Munns & Munns
628 South 14th Street
Leesburg, Florida 34748
Telephone:  (352) 728-3773
Facsimile:  (352) 728-5488
jshoemaker@boginmunns.com
Attorneys for Respondents Callahan Express
Delivery, Inc., and Patrick W. Callahan